UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIANNA SMITH, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>ELLEN GREGORY, et al., <br><br>　　　　　Defendants. | Case No. 23-cv-03648-SI <br><br>**JUDGMENT** |

The Court has dismissed the complaint with prejudice.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 29, 2023

_____
SUSAN ILLSTON
United States District Judge